**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1440**
_____

ADAM L. PERRY,

              Plaintiff - Appellant,

       v.

ENTERTAINMENT ONE (KOCH RECORDS),

              Defendant - Appellee,

       and

EMI MUSIC, INCORPORATED; LENCH MOB RECORDS; WILLIAM CALHOUN,

              Defendants.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  W. Earl Britt, Senior District Judge.  (2:13-cv-00022-BR)

_____

Submitted:  September 25, 2014        Decided:  September 29, 2014

_____

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Adam L. Perry, Appellant Pro Se.  Daniel J. Aaron, DANIEL J. AARON, PC, New York, New York; Ernest Bradley Evans, WARD & SMITH, PA, Greenville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adam L. Perry appeals the district court's order granting summary judgment to Defendants on his claim that they misappropriated his identity. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Perry v. Entm't One, No. 2:13-cv-00022-BR (E.D.N.C. Apr. 23, 2014). We grant Perry leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED